1  JOEL D SIEGEL (State Bar No. 155581)
   joel.siegel@dentons.com
2  DENTONS US LLP
   601 S. Figueroa Street, Suite 2500
3  Los Angeles, CA 90017
   Telephone: (213) 623-9300
4  Facsimile: (213) 623-9924

5  KAREN C. MARCHIANO (State Bar No. 233493)
   karen.marchiano@dentons.com
6  DENTONS US LLP
   1530 Page Mill Road, Suite 200
7  Palo Alto, CA 94304
   Telephone: (650) 798-0300
8  Facsimile: (650) 798-0310

9  Attorneys for Plaintiff
   Maaco Franchising, Inc.
10
   [Attorney for Defendants listed
11 on signature page]

12

**IT IS SO ORDERED**

*Judge Edward J. Davila*

4/17/2013

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16
   Maaco Franchising, Inc.,                    No. 5:12-cv-06079-EJD
17
                Plaintiff,                      STIPULATION FOR FILING OF
18                                              AMENDED COMPLAINT

19        vs.

20 William F. Barnard and Aene Automotive
   Corporation,
21
                Defendants.
22

23

24

25

26

27

28

-1-

1      IT IS HEREBY STIPULATED by and between the parties hereto through their respective

2  attorneys of record that Plaintiff may file an Amended Complaint, a copy of which is attached

3  hereto.

4                                          Respectfully submitted,

5  Dated: April 15, 2013                   DENTONS US LLP

6                                          By ____/s/ Karen C. Marchiano_____

7                                                   JOEL D. SIEGEL
                                                    KAREN C. MARCHIANO

8                                          Attorneys for Plaintiff
9                                          Maaco Franchising, Inc.

10 Dated:  April 15, 2013                  LAW OFFICES OF KEVIN MURPHY

11

12                                         By ____/s/ Kevin Murphy_____
                                                    KEVIN MURPHY

13                                         Attorneys for Defendants
14                                         William F. Barnard and Aene Automotive Corp.

15

16                               **Certification**

17      Pursuant to Civil Local Rule 5-1(i), the undersigned certifies that the concurrence in the

18 filing of this document has been obtained from the other signatory.

19

20                                         ___/s/ Karen C. Marchiano_____
                                           KAREN C. MARCHIANO

21

22

23

24                        IT IS SO ORDERED

25 Plaintiff shall file the Amended Complaint and all exhibits attached thereto as a separate docket
   entry forthwith.

26 Dated: April 17, 2013

27                                         EDWARD J. DAVILA
                                           United States District Judge

28